IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERGOMETRICS & APPLIED PERSONAL RESEARCH, INC., a Washington corporation, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>GEORGE GODOY, an individual, <br><br>　　　　　Defendant. | No. <br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT <br><br>**DEMAND FOR JURY** |

Plaintiff, Ergometrics & Applied Personal Research, Inc., by its attorneys, hereby alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for copyright infringement under the Copyright Act of 1976, as amended, 17 U.S.C. §§ 101, *et seq*. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a) and 28 U.S.C. § 1332(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

**THE PARTIES**

3. Plaintiff, Ergometrics & Applied Personal Research, Inc. ("Ergometrics"), is a Washington corporation with its principal place of business in Lynnwood, Washington.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT — 1

DWT 13619471v4 0050033-001234

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

4. Defendant George Godoy ("Godoy") is an individual who, on information and belief, resides in the state of Texas or in the state of Colorado. Godoy operates a website with the domain name policeexam911.com that features services purporting to assist individuals pass entry tests to become police officers. Godoy may be doing business as Police Exam 911.

**THE COPYRIGHTED WORKS**

5. Ergometrics is a family-owned business that develops and validates complex work simulation tests for entry-level public safety jobs, including those in law enforcement, for clients nationwide.

6. Ergometrics uses videos to present realistic situations to candidates who must then answer multiple choice questions. Demonstration videos are posted on the website www.ergometrics.org.

7. Ergometrics also operates a website at www.frontlinetest.com through which it allows candidates, for a fee, to preview Ergometrics's entry-level tests.

8. The videos are original works of authorship fixed in a tangible medium of expression.

9. Ergometrics has registered its claim to copyright in the videos with the United States Copyright Office, which duly issued Registration Nos. PAU2-145-997 for the videos posted on ergometrics.org and PA 812-339 for the videos posted on frontlinetest.com. Copies of the Certificates of Registration are attached as Exhibit A. Pursuant to 17 U.S.C. § 410(c), these certificates constitute *prima facie* evidence of the validity of the copyrights and of the facts stated therein.

10. Ergometrics has not granted a license to use the videos to Godoy.

**INFRINGEMENT OF THE VIDEOS**

11. In January 2008, Godoy logged on to Ergometrics's FrontlineTest website on least two occasions. Upon information and belief, Godoy or someone acting on his

COMPLAINT FOR COPYRIGHT
INFRINGEMENT — 2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

DWT 13619471v4 0050033-001234

behalf copied six practice test items from the FrontlineTest website. Upon information and belief, in November 2007, Godoy or someone acting on his behalf visited the ergometrics.org website and copied the demonstration videos for police officer exams.

12. Upon information and belief, Godoy reproduced and posted to his policeexam911.com website copies of six sample questions from frontlinetest.com and five demonstration videos from ergometrics.org. The videos differ in that Godoy used a different voice for voice over of the videos and recreated the text that appears in Ergometrics's videos. Upon information and belief, Godoy sells access to these reproductions to prospective police officer candidates. In capturing and disseminating the videos, Godoy committed willful copyright infringement. Attached as Exhibit B is a comparison of material from Ergometrics's demonstration videos with material from policeexam911.com. Attached as Exhibit C is a comparison of material accessible through frontlinetest.com with material from policeexam911.com.

13. Ergometrics demanded that Godoy remove the infringing videos from his website, provide information relevant to determining whether further infringement has occurred, and pay Ergometrics its damages for copyright infringement. Godoy has removed the infringing videos from his website, but has neither accounted to Ergometrics for his unauthorized copying or paid damages therefore.

**CLAIM FOR RELIEF – COPYRIGHT INFRINGEMENT**

14. Ergometrics repeats and realleges each of the allegations contained in paragraphs 1 through 13.

15. Pursuant to 17 U.S.C. § 106, Ergometrics has the exclusive right to reproduce and distribute copies of the videos to the public by sale or other transfer of ownership, and to make derivative copies of the videos.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT — 3

DWT 13619471v4 0050033-001234

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699

16. The infringing videos are copies of Ergometrics's copyrighted videos. Copying and display of the videos online, including the creation of derivative works, constitutes infringement of copyright in violation of 17 U.S.C. § 501(a).

**PRAYER FOR RELIEF**

WHEREFORE, Ergometrics prays that:

(1) Godoy, his agents, servants, employees and all persons acting under his permission and authority, be enjoined and restrained from infringing, in any manner, the videos, pursuant to 17 U.S.C. § 502;

(2) The Court order the destruction or other reasonable disposition of all copies found to have been made or used in violation of Ergometrics's exclusive rights, and of all plates, molds, matrices, masters, tapes, film negatives, or other articles by means of which such copies may be reproduced, pursuant to 17 U.S.C. § 504;

(3) Godoy be ordered to pay Ergometrics actual damages and Defendant's profits, as provided by U.S.C. § 504(b);

(4) Godoy be ordered to pay statutory damages, pursuant to 17 U.S.C. § 504(c) for willful infringement in the amount of at least $300,000;

(5) Godoy be ordered to pay Ergometrics's costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505; and

(6) Ergometrics have such other and further relief as is just and equitable.

DATED this 2nd day of December, 2009.

Davis Wright Tremaine LLP
Attorneys for Plaintiff

By  *s/* F. Ross Boundy
    F. Ross Boundy, WSBA #
    Ambika Kumar Doran, WSBA # 38237
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101
    Telephone: (206) 757-8030
    Fax: (206) 757-7030
    E-mail: rossboundy@dwt.com
    E-mail: ambikadoran@dwt.com

COMPLAINT FOR COPYRIGHT
INFRINGEMENT — 4

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

DWT 13619471v4 0050033-001234

**JURY DEMAND**

Plaintiff hereby demands trial by jury of all issues so triable.

DATED this 2nd day of December, 2009.

        Davis Wright Tremaine LLP
        Attorneys for Plaintiff


By  *s/* F. Ross Boundy
    F. Ross Boundy, WSBA #
    Ambika Kumar Doran, WSBA # 38237
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101
    Telephone: (206) 757-8030
    Fax: (206) 757-7030
    E-mail: rossboundy@dwt.com
    E-mail: ambikadoran@dwt.com

COMPLAINT FOR COPYRIGHT
INFRINGEMENT — 5

DWT 13619471v4 0050033-001234

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699

# EXHIBIT A

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 812-339

( PA )       PAU

EFFECTIVE DATE OF REGISTRATION

SEPT 25 1996
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**TITLE OF THIS WORK ▼**
FRONTLINE™ Demonstration Tape

**PREVIOUS OR ALTERNATIVE TITLES ▼**
FRONTLINE™ Test Preview

**NATURE OF THIS WORK ▼ See instructions**
Motion Picture

### 2
**a** **NAME OF AUTHOR ▼**
Ergometrics & Applied Personnel Research, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture excluding background scenes during introduction and Director of Photography contributions

**b** **NAME OF AUTHOR ▼**
Associates Production Service

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Director of Photography

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any

### 3
**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1994 ◀ Year
This information must be given in all cases.

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ 2    Year ▶ 1994
U.S.A. ◀ Nation

### 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Ergometrics & Applied Personnel Research, Inc.
4939 N.E. 65th Street
Seattle, WA 98115

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Written Agreement

**APPLICATION RECEIVED**
SEP 25 1996
**ONE DEPOSIT RECEIVED** ½ T b
**TWO DEPOSITS RECEIVED**
SEP 25 1996
**FUNDS RECEIVED**

See instructions before completing this space.

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

|  |  |
|---|---|
| EXAMINED BY | FORM PA |
| CHECKED BY | |
| CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼
N/A       N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Faye L. Mattson
Christensen O'Connor Johnson & Kindness^PLLC
1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347    ERGO-4-2009

Area Code & Telephone Number ▶ (206) 224-0717

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Ergometrics & Applied Personnel Research, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Faye L. Mattson                                                    date▶ 9/19/96

Handwritten signature (X) ▼
☞  *Faye L Mattson*

**8**

**MAIL CERTIFICATE TO**
Certificate will be mailed in window envelope

Name ▼
Christensen O'Connor Johnson & Kindness^PLLC
Number/Street/Apartment Number ▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA  98101-2347

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson & Kindness^PLLC, November 1995

# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER

**PAu 2-145-997**


EFFECTIVE DATE OF REGISTRATION

NOV 21 1996

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** TITLE OF THIS WORK ▼
FRONTLINE™ Video Testing System for Law Enforcement

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Motion Picture

---

**2** NAME OF AUTHOR ▼
**a** Ergometrics & Applied Personnel Research, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this...

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Motion Picture excluding sample scenario and Director of Photography contributions

NAME OF AUTHOR ▼
**b** Associates Production Service

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Director of Photography

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1994 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Ergometrics & Applied Personnel Research, Inc.
4939 N.E. 65th Street
Seattle, WA 98115

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Written Agreement

APPLICATION RECEIVED
NOV 21 1996
ONE DEPOSIT RECEIVED
NOV 21 1996
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM PA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

N/A                                                  N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Faye L. Mattson
Christensen O'Connor Johnson & Kindness^PLLC
1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347         ERGO-4-2012

Area Code & Telephone Number ▶ (206) 224-0717

Be sure to give your daytime ◀ phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Ergometrics & Applied Personnel Research, Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s)▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
Faye L. Mattson                                                       date▶ 11/13/96

Handwritten signature (X) ▼
☞ *Faye L Mattson*

**8**

MAIL
CERTIFI-
CATE
TO

Certificate will be mailed in window envelope

Name ▼
Christensen O'Connor Johnson & Kindness^PLLC
Number/Street/Apartment Number ▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA  98101-2347

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson & Kindness^PLLC, November 1995

# EXHIBIT B

**Comparison of Copyrighted Material From Ergometrics's Demonstration Videos With
Material From Godoy's Website Policeexam911.com**



DWT 13639654v1 0050033-001234





| Screen Shots From Ergometrics's Videos | Screen Shots from Godoy's Website |
|---|---|

# EXHIBIT C

**Comparison of Ergometrics's Copyrighted Material Accessible Through FrontlineTest.com With Material from Godoy's Policeexam911.com Website**





Page 2 of 3

